```
1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
3   Fresno, CA 93721

4   559.233.3333

5
    Attorney for Defendant
6   MONIQUE LE NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 07 cr 316 LJO-6 |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
|  | ) | **SENTENCING AND** |
| vs. | ) | **ORDER** |
|  | ) | **AS AMENDED** |
|  | ) |  |
| MONIQUE LE NGUYEN, | ) | NOTE: NEW DATE |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for November 12, 2010 at 10:00, a.m. be continued to December 3, 2010 at 10:00 a.m. (Court Holiday Friday 11/26/2010).

I hereby agree to the above stipulation.

DATED: October 26, 2010


by: s/J. M. Irigoyen,
    J. M. Irigoyen, Esq.
    Attorney for Defendant
    MONIQUE LE NGUYEN

I hereby agree to the above stipulation.

Dated: October 26, 2010

s/Karen Escobar
Karen Escobar
Assistant U.S. Attorney


**ORDER**

It is so ordered.


Dated: October 27, 2010


_/s/ Lawrence J. O'Neill_
HON. LAWRENCE J. O'NEILL
United States District Judge