```
1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  (559) 233-3333

5  Attorney for Defendant
   MONIQUE LE NGUYEN
6
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07CR316 LJO |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CHANGE |
| ) | RECOMMENDED DESIGNATION AT |
| MONIQUE LE NGUYEN, ) | BUREAU OF PRISONS |
| Defendant. ) | |
| _____) | |

On December 7, 2010, the Court sentenced Monique Le Nguyen to 20-months at the bureau of prisons and recommended Ms. Nguyen be sent to a medical facility-priority due to several health concerns articulated at the sentencing hearing. 35-days have elapsed since the Court made the medical facility recommendation.

The parties stipulate that the Court may change the recommendation for placement from a medical facility to Dublin, FCI depending on space availability, security and classification.

1

```
 1        I hereby agree to the above stipulation.
 2   Dated: January 11, 2011
 3                                       s/J.M. Irigoyen
 4                                 _____
                                      by: J.M. Irigoyen
 5                                    Attorney for Defendant
 6
 7
 8      I hereby consent to the above stipulation.
 9   DATED: January 11, 2011
                                         s/ Karen Escobar
10
11                                _____
                                     by: Karen Escobar
12                                   Assistant U.S. Attorney
13
14
                     ORDER ADOPTING STIPULATION
15
16   The Court makes the recommendation pursuant to the
17   stipulation, but by doing so does not in any way suggest that
     it is in a better position to suggest diagnosis or treatment.
18
     IT IS SO ORDERED.
19
20   Dated:   January 13, 2011              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE
21
```